FILED IN CLERK'S OFFICE USDC
MAY 5 PM 3:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

Massachusetts,

USA
v.
Brissette, K.

USA
v.
Sullivan, T.

Clerk's Office

"In Re BOS City Hall
1:16 CR 10137 LTS-1"

Hon. Leo Sorokin

Your Honor:

I do not know defendants. Please accept. I know what I think, but there is much I do not get. I am concerned in the sense of native, laymen, St. and f. citizen.

The City of Boston is a thing of the state. I am for dismissal. Mass Rule 2[1] is not lawyer procedural, it is about procedure. For public servants to pay for counsel is a burden. Prolonged suspension has effect on family, and the people of Boston have lost.

---

[1] Mass. R. Crim. P. rule 2.

If this was in state, the pressure to dismiss would be greater because of the number, and facts of cases submitted to cts by lawyers.

The president is an MBA with the government to help him manage. However, he is Executive and cannot be said to be a general manager — USA is too big.[2] The Mayor of Boston was a state representative, also lawyer, from working class Dorchester, labor elected through the trade unions. His experience and focus is slightly different than public administrator. Boston and the Commonwealth is extremely social[3] because of our history, the schools, industries, and the consulting firms who advise America. The Irish, etc., in Boston moved up in large numbers through civil service; "the greatest good for the greatest number". Point: the City of Boston is difficult to manage — even the BRA[4] reformed itself.

---

[2] Nixon was very experienced, Carter saw the DC brick wall, Michael Dukakis, William Weld, Edward King all left the state, there's more; me. Clinton moved to federal gov't.

[3] Cambridge, also and on.

[4] Boston Redevelopment ~~Agency~~ Authority.

This was a "deal" gone bad. Further, if a series of concerts or events were at issue, then the treatment of the applicants for permits, and the policies of the city could then be evaluated more clearly, because the city task[5] of defendants would evolve from dealmaking to administration. This is not the case because MR Walsh is 1st term mayor. Everybody knows grand juries are led, and here there is a bad "deal" to examine. The arraignment looks defective because there's no cash flow. There is no pass of asset or intangible benefit, promise — what kind of deal can be made as the carnival moves. ? — ch State, probable cause is written determination of decision. This sucks. Lawyer books say "The court is empowered to take reasonable steps to keep the proceedings moving."[6] To conspire is to defy the status quo, but Boston (e.g. the MBTA, etc.) is a union town in large part, anyways.

---

6  Mass. R. Crim. P. Rule 8 notes.

5  "task" is Drucker, T.

If the city and the government can be considered the political left, they can be seen more clearly from the right. The title "correct organizer" is a term of art. That the hard sell of union labor to that type of buyer raised the ire of a district bar may be erroneous, but even if the line does not move, it is relative to position, and part of the job is to protect the non-organized minority no matter if you are w/ them or against. It's an instance for the referee to say "cool it" and to say what the main job is.

At a Texas ballgame, everyone is texan, even the ref., whomever wins, Texas one. Albuquerque to Baton Rouge is long way. California same, etc. Florida. Wisconsin.

If you delete the word "union", you have people w/ skills and orientation, benefits, and insurances. You cannot say the choice to join is wrong. To require defendants to make a non-union union to create a civil pro se plaintiff to fight for correct sort work and grieve the city is too far. There is no opposing party except soc.-econ. theory. Luck is not a mark against defendants.

Very Truly Yours,

John Igo

May 2017.